UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80938-CIV-RYSKAMP/VITUNAC

FRANK MARESSA, on his own
behalf and others similarly situated,

    Plaintiff,

v.

JACOB'S DELI RESTAURANT, INC.
a Florida corporation, et al.,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court pursuant to the parties' Joint Stipulation for Dismissal with Prejudice, filed February 22,008 **[DE 21]**. It is hereby

ORDERED AND ADJUDGED that the settlement agreement among the parties is hereby APPROVED. The above-styled action is DISMISSED WITH PREJUDICE. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 13th day of March, 2008.

                                          S/Kenneth L. Ryskamp
                                          KENNETH L. RYSKAMP
                                          UNITED STATES DISTRICT JUDGE